**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| REGINA KRACH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Cause No. 1:20-CV-313-HAB |
| | ) |
| ERIC J. HOLCOMB, | ) |
| | ) |
| Defendant. | ) |

**OPINION AND ORDER**

This matter comes before the Court on Defendant's Motion to Strike or in the Alternative for More Definite Statement (ECF No. 11). In his Motion, Defendant argues that Plaintiff's initial pleading is "disorganized, argumentative, complex, vague, and confusing, making Defendant's responsibility to respond to the Complaint nearly impossible and an unduly burdensome task." (*Id*. at 1). As a result, Defendant asks the Court to force Plaintiff to replead.

"Although civil litigants who represent themselves ('pro se') benefit from various procedural protections not otherwise afforded to the attorney-represented litigant . . . pro se litigants are not entitled to a general dispensation from the rules of procedure." *Downs v. Westphal*, 78 F.3d 1252, 1257 (7th Cir. 1996) (quoting *Jones v. Phipps*, 39 F.3d 158, 163 (7th Cir. 1994)). While Plaintiff is passionate in her cause, that passion must be expressed within the confines of the applicable rules. Defendant is correct that Plaintiff's pleading fails to state a short and plain statement of the grounds for this Court's jurisdiction (Fed. R. Civ. P. 8(a)(1)), fails to include a short and plain statement of the claim (Fed. R. Civ. P. 8(a)(2)), fails to include simple, concise, and direct allegations (Fed. R. Civ. P. 8(d)(1)), and fails to include numbered paragraphs limited

to a single set of circumstances (Fed. R. Civ. P. 10(b)). Accordingly, Defendant's motion under Rule 12(e) is GRANTED.

To assist Plaintiff in complying with the applicable rules, the Clerk is DIRECTED to send Plaintiff a Civil Complaint Form. The Court strongly encourages Plaintiff to complete this form, identifying as specifically as possible the executive action she is challenging. Whether Plaintiff elects to complete the Court-provided form or not, Plaintiff is ORDERED to file an amended pleading on or before December 11, 2020, that fully complies with the pleading rules imposed by the Federal Rules of Civil Procedure.

SO ORDERED on November 12, 2020.

                                           s/ Holly A. Brady
                                           JUDGE HOLLY A. BRADY
                                           UNITED STATES DISTRICT COURT